**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Abel SAENZ–LOPEZ, Jr.,
Defendant–Appellant.**

**No. 10–10658
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 17, 2011.

Susan Cowger, Assistant U.S. Attorney, Jerri L. Sims, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Kevin Joel Page, Charles M. Bleil, Federal Public Defender's Office, Dallas, TX, for Defendant–Appellant.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Before KING, HIGGINBOTHAM, and BENAVIDES, Circuit Judges.

PER CURIAM: \*

Abel Saenz–Lopez, Jr., appeals the sentence imposed for the revocation of his supervised release. He was sentenced to 24 months of imprisonment on count one and 12 months of imprisonment on count two, to run concurrently. The district court ordered that the revocation sentence run consecutively to an undischarged federal sentence.

Saenz–Lopez has failed to show any error with respect to the substantive reasonableness of the revocation sentence. *See Gall v. United States,* 552 U.S. 38, 51, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Smith,* 440 F.3d 704, 708 (5th Cir.2006). Thus, he has failed to show the revocation sentence is plainly unreasonable. *See United States v. Miller,* 634 F.3d 841, 843 (5th Cir.2011).

The judgment of the district court is AFFIRMED.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.